# IN THE UNITED STATES BANKRUPTCY COURT
## District of Puerto Rico

| | |
|---|---|
| IN RE:<br><br>**PEDRO JOSE RAMOS CENTENO**<br>**MARIA MERCEDES SANTIAGO RIVERA**<br><br>**xxx–xx–7574**<br>**xxx–xx–5340**<br><br>Debtor(s) | Case No. **19–01597 BKT**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 9/11/19 |

### ORDER

Debtors's objection to claim #12–1 filed by Jefferson Capital Systems, LLC (docket entry #27), having been duly notified to all parties in interest, and no replies or objections having been filed timely, it is now ORDERED that said motion be and it is hereby granted.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this Wednesday, September 11, 2019 .

Brian K. Tester
United States Bankruptcy Judge